Ralph **WIEN**, Appellant, v. **ALASKAN AIR-WAYS, Inc.**, Appellee.

No. 6116.

Circuit Court of Appeals, Ninth Circuit.

Nov. 19, 1930.

Harry E. Pratt and Louis K. Pratt, both of Fairbanks, Alaska, and Herman Weinberger, of San Francisco, Cal., for appellant.

John A. Clark and Chas. E. Taylor, both of Fairbanks, Alaska, and Max C. Sloss, of San Francisco, Cal., for appellee.

Before RUDKIN and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.

Counsel for the respective parties having stipulated to the court that, by reason of the death of appellant, Wien, the appeal presents no substantial matter of controversy and has become moot, it is ordered that the appeal herein be dismissed; mandate forthwith.

Burns Bros., Libelant-Appellant, v. **THE Coalboat WILLIAM I. McILROY**, and Charles Jensen, Respondent-Claimant-Appellee, and **THE Steam Tug HENRY F. WILL**, and **THE Barge BOUKER H–86**, Claimant-Impleaded-Appellee.

No. 108.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1930.

Alexander, Ash & Jones, of New York City (Edward Ash, of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Edmund F. Lamb and Horace L. Cheyney, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [37 F.(2d) 909] affirmed.

Uladilla Scholl, Libelant-Appellee, v. **THE Steam Tug WILSON P. FOSS**, Cornell Steamboat Company, Claimant-Appellant.

No. 101.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1930.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for claimant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree [41 F.(2d) 834] affirmed.

WONG SOO BO, Appellant, v. John D. NAGLE, Commissioner of Immigration, Port of San Francisco, California, Appellee.

No. 6292.

Circuit Court of Appeals, Ninth Circuit.

Nov. 24, 1930.

Before RUDKIN and WILBUR, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Ordered appeal dismissed, pursuant to stipulation of counsel, and mandate issued forthwith.